SIERRA TRADING POST
5025 CAMPSTOOL ROAD
CHEYENNE, WY 82007

FILED IN THE
US BANKRUPTCY COURT
DISTRICT OF WYOMING

07 NOV 14 PM 1:48

CLERK

MARILYN M HANLEY
1108 14TH ST #I29
CODY, WY  82414

10/12/2007

|  | PAY RATE | PERIOD END | STUB NO. |
|---|---|---|---|
| 11-HANL MA | 11.400 HB | 10/07/2007 | D82492 |
|  | HOURS | AMOUNT | YTD |
| ** EARNINGS |  |  |  |
| HOURLY | 80.00 | 912.00 | 13,789.11 |
| SICK | 0.00 | 0.00 | 723.20 |
| VACATION | 0.00 | 0.00 | 625.60 |
| HOLIDAY | 0.00 | 0.00 | 449.60 |
| FLOATING HOL | 0.00 | 0.00 | 88.00 |
| INCENTIVE | 0.00 | 34.52 | 212.55 |
| OVERTIME | 1.90 | 32.49 | 43.61 |
| RETRO | 0.00 | 0.00 | 135.51 |
| 2ND SHIFT | 0.00 | 0.00 | 2,278.65 |
| ** TAX DEDUCTIONS |  |  |  |
| Federal W/H |  | 139.26 | 2,607.26 |
| FICA |  | 60.70 | 1,137.46 |
| Medicare |  | 14.20 | 266.00 |
| ** DEDUCTIONS |  |  |  |
| 401 K Plan |  | 19.58 | 366.92 |
| ** DIRECT DEPOSITS |  |  |  |
| SUNLIGHT FCU |  | 745.27 | 13,968.19 |

| CHECK AMOUNT: | 0.00 |  | TOTAL DIR DEP: | 745.27 | 13,968.19 |
| GROSS EARNINGS: | 979.01 | 18,345.83 | TOTAL DEDUCT: | 233.74 | 4,377.64 |
| NET EARNINGS: | 745.27 |  |  |  |  |

SIERRA TRADING POST
5025 CAMPSTOOL ROAD
CHEYENNE, WY 82007

MARILYN M HANLEY                                09/28/2007
1108 14TH ST #129
CODY, WY  82414

|  | PAY RATE | PERIOD END | STUB NO. |
|---|---|---|---|
| 11-HANL MA | 11.400 HB | 09/23/2007 | D81890 |

|  | HOURS | AMOUNT | YTD |
|---|---|---|---|
| ** EARNINGS |  |  |  |
| HOURLY | 58.25 | 664.05 | 12,877.11 |
| SICK | 16.00 | 182.40 | 723.20 |
| VACATION | 0.00 | 0.00 | 625.60 |
| HOLIDAY | 0.00 | 0.00 | 449.60 |
| FLOATING HOL | 0.00 | 0.00 | 88.00 |
| INCENTIVE | 0.00 | 0.00 | 178.03 |
| OVERTIME | 0.65 | 11.12 | 11.12 |
| RETRO | 0.00 | 0.00 | 135.51 |
| 2ND SHIFT | 6.00 | 71.40 | 2,278.65 |
| ** TAX DEDUCTIONS |  |  |  |
| Federal W/H |  | 131.90 | 2,468.00 |
| FICA |  | 57.60 | 1,076.76 |
| Medicare |  | 13.47 | 251.80 |
| ** DEDUCTIONS |  |  |  |
| 401 K Plan |  | 18.58 | 347.34 |
| ** DIRECT DEPOSITS |  |  |  |
| SUNLIGHT FCU |  | 707.42 | 13,222.92 |

| CHECK AMOUNT: | 0.00 |  | TOTAL DIR DEP: | 707.42 | 13,222.92 |
| GROSS EARNINGS: | 928.97 | 17,366.82 | TOTAL DEDUCT: | 221.55 | 4,143.90 |
| NET EARNINGS: | 707.42 |  |  |  |  |

SIERRA TRADING POST
5025 CAMPSTOOL ROAD
CHEYENNE, WY 82007

MARILYN M HANLEY                                                09/14/2007
1108 14TH ST #129
CODY, WY 82414

|  | SOCIAL SEC NO | PAY RATE | PERIOD END | STUB NO. |
|---|---|---|---|---|
| 11-HANL MA | 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 | 11.400 HB | 09/09/2007 | D81329 |
|  |  | HOURS | AMOUNT | YTD |
| ** EARNINGS |  |  |  |  |
| HOURLY |  | 50.78 | 578.89 | 12,213.06 |
| SICK |  | 0.00 | 0.00 | 540.80 |
| VACATION |  | 0.00 | 0.00 | 625.60 |
| HOLIDAY |  | 8.00 | 91.20 | 449.60 |
| FLOATING HOL |  | 0.00 | 0.00 | 88.00 |
| INCENTIVE |  | 0.00 | 0.00 | 178.03 |
| RETRO |  | 0.00 | 0.00 | 135.51 |
| 2ND SHIFT |  | 14.00 | 166.60 | 2,207.25 |
| ** TAX DEDUCTIONS |  |  |  |  |
| Federal W/H |  |  | 118.34 | 2,336.10 |
| FICA |  |  | 51.87 | 1,019.16 |
| Medicare |  |  | 12.13 | 238.33 |
| ** DEDUCTIONS |  |  |  |  |
| 401 K Plan |  |  | 16.73 | 328.76 |
| ** DIRECT DEPOSITS |  |  |  |  |
| SUNLIGHT FCU    7905089 |  |  | 637.62 | 12,515.50 |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| CHECK AMOUNT: | 0.00 |  | TOTAL DIR DEP: | 637.62 | 12,515.50 |
| GROSS EARNINGS: | 836.69 | 16,437.85 | TOTAL DEDUCT: | 199.07 | 3,922.35 |
| NET EARNINGS: | 637.62 |  |  |  |  |

SIERRA TRADING POST
5025 CAMPSTOOL ROAD
CHEYENNE, WY 82007


MARILYN M HANLEY                                           08/31/2007
1108 14TH ST #129
CODY, WY  82414


|  | SOCIAL SEC NO | PAY RATE | PERIOD END | STUB NO. |
|---|---|---|---|---|
| 11-HANL MA | 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 | 11.400 HB | 08/26/2007 | D80782 |
|  | | HOURS | AMOUNT | YTD |
| **\*\* EARNINGS** | | | | |
| HOURLY | | 46.62 | 531.47 | 11,634.17 |
| SICK | | 0.00 | 0.00 | 540.80 |
| VACATION | | 0.00 | 0.00 | 625.60 |
| HOLIDAY | | 0.00 | 0.00 | 358.40 |
| FLOATING HOL | | 0.00 | 0.00 | 88.00 |
| INCENTIVE | | 0.00 | 5.25 | 178.03 |
| RETRO | | 0.00 | 0.00 | 135.51 |
| 2ND SHIFT | | 29.50 | 351.05 | 2,040.65 |
| **\*\* TAX DEDUCTIONS** | | | | |
| Federal W/H | | | 125.85 | 2,217.76 |
| FICA | | | 55.04 | 967.29 |
| Medicare | | | 12.87 | 226.20 |
| **\*\* DEDUCTIONS** | | | | |
| 401 K Plan | | | 17.76 | 312.03 |
| **\*\* DIRECT DEPOSITS** | | | | |
| SUNLIGHT FCU   7905089 | | | 676.25 | 11,877.88 |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| CHECK AMOUNT: | 0.00 | | TOTAL DIR DEP: | 676.25 | 11,877.88 |
| GROSS EARNINGS: | 887.77 | 15,601.16 | TOTAL DEDUCT: | 211.52 | 3,723.28 |
| NET EARNINGS: | 676.25 | | | | |

SIERRA TRADING POST
5025 CAMPSTOOL ROAD
CHEYENNE, WY 82007

MARILYN M HANLEY
1108 14TH ST #129
CODY, WY  82414

08/17/2007

11-HANL MA

| | PAY RATE | PERIOD END | STUB NO. |
|---|---|---|---|
| | 11.400 HB | 08/12/2007 | D80343 |
| | HOURS | AMOUNT | YTD |
| **\*\* EARNINGS** | | | |
| HOURLY | 35.01 | 399.11 | 11,102.70 |
| SICK | 16.00 | 182.40 | 540.80 |
| VACATION | 0.00 | 0.00 | 625.60 |
| HOLIDAY | 0.00 | 0.00 | 358.40 |
| FLOATING HOL | 0.00 | 0.00 | 88.00 |
| INCENTIVE | 0.00 | 34.36 | 172.78 |
| RETRO | 0.00 | 0.00 | 135.51 |
| 2ND SHIFT | 26.00 | 309.40 | 1,689.60 |
| **\*\* TAX DEDUCTIONS** | | | |
| Federal W/H | | 131.36 | 2,091.91 |
| FICA | | 57.37 | 912.25 |
| Medicare | | 13.42 | 213.33 |
| **\*\* DEDUCTIONS** | | | |
| 401 K Plan | | 18.51 | 294.27 |
| **\*\* DIRECT DEPOSITS** | | | |
| SUNLIGHT FCU   7905089 | | 704.61 | 11,201.63 |

| | | | | | |
|---|---|---|---|---|---|
| CHECK AMOUNT: | 0.00 | | TOTAL DIR DEP: | 704.61 | 11,201.63 |
| GROSS EARNINGS: | 925.27 | 14,713.39 | TOTAL DEDUCT: | 220.66 | 3,511.76 |
| NET EARNINGS: | 704.61 | | | | |

SIERRA TRADING POST
5025 CAMPSTOOL ROAD
CHEYENNE, WY 82007

MARILYN M HANLEY
1108 14TH ST #129
CODY, WY  82414

08/03/2007

11-HANL MA

| | PAY RATE | PERIOD END | STUB NO. |
|---|---|---|---|
| | 11.400 HB | 07/29/2007 | D79797 |

| | HOURS | AMOUNT | YTD |
|---|---|---|---|
| ** EARNINGS | | | |
| HOURLY | 41.69 | 475.27 | 10,703.59 |
| SICK | 0.00 | 0.00 | 358.40 |
| VACATION | 0.00 | 0.00 | 625.60 |
| HOLIDAY | 0.00 | 0.00 | 358.40 |
| FLOATING HOL | 0.00 | 0.00 | 88.00 |
| INCENTIVE | 0.00 | 9.50 | 138.42 |
| RETRO | 0.00 | 0.00 | 135.51 |
| 2ND SHIFT | 27.00 | 321.30 | 1,380.20 |
| ** TAX DEDUCTIONS | | | |
| Federal W/H | | 113.84 | 1,960.55 |
| FICA | | 49.98 | 854.88 |
| Medicare | | 11.69 | 199.91 |
| ** DEDUCTIONS | | | |
| 401 K Plan | | 16.12 | 275.76 |
| ** DIRECT DEPOSITS | | | |
| SUNLIGHT FCU  7905089 | | 614.44 | 10,497.02 |

| | | | | | |
|---|---|---|---|---|---|
| CHECK AMOUNT: | 0.00 | | TOTAL DIR DEP: | 614.44 | 10,497.02 |
| GROSS EARNINGS: | 806.07 | 13,788.12 | TOTAL DEDUCT: | 191.63 | 3,291.10 |
| NET EARNINGS: | 614.44 | | | | |

SIERRA TRADING POST
5025 CAMPSTOOL ROAD
CHEYENNE, WY 82007

MARILYN M HANLEY
1108 14TH ST #129
CODY, WY  82414

7/20/2007

|  | PAY RATE | PERIOD END | STUB NO. |
|---|---|---|---|
| 11-HANL MA | 11.400 HB | 7/15/2007 | D79250 |

|  | HOURS | AMOUNT | YTD |
|---|---|---|---|
| ** EARNINGS |  |  |  |
| HOURLY | 31.63 | 360.58 | 10,228.32 |
| SICK | 0.00 | 0.00 | 358.40 |
| VACATION | 24.00 | 273.60 | 625.60 |
| HOLIDAY | 8.00 | 91.20 | 358.40 |
| FLOATING HOL | 0.00 | 0.00 | 88.00 |
| INCENTIVE | 0.00 | 0.00 | 128.92 |
| RETRO | 0.00 | 0.00 | 135.51 |
| 2ND SHIFT | 21.00 | 249.90 | 1,058.90 |
| ** TAX DEDUCTIONS |  |  |  |
| Federal W/H |  | 138.71 | 1,846.71 |
| FICA |  | 60.47 | 804.90 |
| Medicare |  | 14.14 | 188.22 |
| ** DEDUCTIONS |  |  |  |
| 401 K Plan |  | 19.51 | 259.64 |
| ** DIRECT DEPOSITS |  |  |  |
| SUNLIGHT FCU    7905089 |  | 742.45 | 9,882.58 |

| CHECK AMOUNT: | 0.00 |  | TOTAL DIR DEP: | 742.45 | 9,882.58 |
|---|---|---|---|---|---|
| GROSS EARNINGS: | 975.28 | 12,982.05 | TOTAL DEDUCT: | 232.83 | 3,099.47 |
| NET EARNINGS: | 742.45 |  |  |  |  |

SIERRA TRADING POST
5025 CAMPSTOOL ROAD
CHEYENNE, WY 82007

MARILYN M HANLEY
1108 14TH ST #129    07/06/2007
CODY, WY  82414

|  | PAY RATE | PERIOD END | STUB NO. |
|---|---|---|---|
| 11-HANL MA | 11.400 HB | 07/01/2007 | D78702 |
|  | HOURS | AMOUNT | YTD |
| **\*\* EARNINGS** | | | |
| HOURLY | 31.63 | 360.58 | 9,867.74 |
| SICK | 16.00 | 182.40 | 358.40 |
| VACATION | 0.00 | 0.00 | 352.00 |
| HOLIDAY | 0.00 | 0.00 | 267.20 |
| FLOATING HOL | 0.00 | 0.00 | 88.00 |
| INCENTIVE | 0.00 | 14.00 | 128.92 |
| RETRO | 0.00 | 0.00 | 135.51 |
| 2ND SHIFT | 24.50 | 291.55 | 809.00 |
| **\*\* TAX DEDUCTIONS** | | | |
| Federal W/H | | 120.08 | 1,708.00 |
| FICA | | 52.61 | 744.43 |
| Medicare | | 12.30 | 174.08 |
| **\*\* DEDUCTIONS** | | | |
| 401 K Plan | | 16.97 | 240.13 |
| **\*\* DIRECT DEPOSITS** | | | |
| SUNLIGHT FCU    7905089 | | 646.57 | 9,140.13 |

| CHECK AMOUNT: | 0.00 | | TOTAL DIR DEP: | 646.57 | 9,140.13 |
|---|---|---|---|---|---|
| GROSS EARNINGS: | 848.53 | 12,006.77 | TOTAL DEDUCT: | 201.96 | 2,866.64 |
| NET EARNINGS: | 646.57 | | | | |

SIERRA TRADING POST
5025 CAMPSTOOL ROAD
CHEYENNE, WY 82007

MARILYN M HANLEY
1108 14TH ST #129                                              06/22/2007
CODY, WY   82414

| | PAY RATE | PERIOD END | STUB NO. |
|---|---|---|---|
| 11-HANL MA | 11.400 HB | 06/17/2007 | D78158 |
| | HOURS | AMOUNT | YTD |
| ** EARNINGS | | | |
| HOURLY | 48.05 | 547.77 | 9,507.16 |
| SICK | 0.00 | 0.00 | 176.00 |
| VACATION | 0.00 | 0.00 | 352.00 |
| HOLIDAY | 0.00 | 0.00 | 267.20 |
| FLOATING HOL | 0.00 | 0.00 | 88.00 |
| INCENTIVE | 0.00 | 0.00 | 114.92 |
| RETRO | 0.00 | 0.00 | 135.51 |
| 2ND SHIFT | 29.00 | 345.10 | 517.45 |
| ** TAX DEDUCTIONS | | | |
| Federal W/H | | 126.60 | 1,587.92 |
| FICA | | 55.36 | 691.82 |
| Medicare | | 12.95 | 161.78 |
| ** DEDUCTIONS | | | |
| 401 K Plan | | 17.86 | 223.16 |
| ** DIRECT DEPOSITS | | | |
| SUNLIGHT FCU   7905089 | | 680.10 | 8,493.56 |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| CHECK AMOUNT: | 0.00 | | TOTAL DIR DEP: | 680.10 | 8,493.56 |
| GROSS EARNINGS: | 892.87 | 11,158.24 | TOTAL DEDUCT: | 212.77 | 2,664.68 |
| NET EARNINGS: | 680.10 | | | | |

STP37 SIERRA TRADING POST
PAYROLL CHECK HISTORY REPORT

DETAIL FOR 06/08/07 THRU 06/08/07
SORTED BY EMPLOYEE NUMBER

DEPARTMENT NO: 11 CODY CUSTOMER SERVICE

| EMPLOYEE/ CHK DATE | CHK NO | | REG HOURS | O/T HOURS | GROSS WAGES | FEDERAL W/H | FICA W/H | MEDICARE W/H | STATE W/H | OTHER TAXES | OTHER DEDUCTIONS | CHECK AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11-HANL MA | HANLEY, MARILYN M | | | | SSN: 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 | | | | | | | |
| 06/08/07 | D77616 | D | 77.55 | 0.00 | 891.07 | 126.33 | 55.25 | 12.92 | 0.00 | 0.00 | 17.82 | 678.75 |
| 06/08/07 | D77617 | D | 0.00 | 0.00 | 135.51 | 28.09 | 8.40 | 1.96 | 0.00 | 0.00 | 2.71 | 94.35 |
| HANL MA TOTAL: | | | 77.55 | 0.00 | 1,026.58 | 154.42 | 63.65 | 14.88 | 0.00 | 0.00 | 20.53 | 773.10 |
| DEPT 11 TOTAL: | | | 77.55 | 0.00 | 1,026.58 | 154.42 | 63.65 | 14.88 | 0.00 | 0.00 | 20.53 | 773.10 |
| REPORT TOTAL: | | | 77.55 | 0.00 | 1,026.58 | 154.42 | 63.65 | 14.88 | 0.00 | 0.00 | 20.53 | 773.10 |

*The information for this June 8 pay stub was generated as a report, as the office does not send actual duplicate pay stubs.*

SIERRA TRADING POST
5025 CAMPSTOOL ROAD
CHEYENNE, WY 82007

MARILYN M HANLEY
1108 14TH ST #129                                                  5/25/2007
CODY, WY  82414

| | PAY RATE | PERIOD END | STUB NO. |
|---|---|---|---|
| 11-HANL MA | 11.000 HB | 5/20/2007 | D77070 |
| | HOURS | AMOUNT | YTD |
| **  EARNINGS** | | | |
| HOURLY | 77.47 | 852.17 | 8,326.12 |
| SICK | 0.00 | 0.00 | 176.00 |
| VACATION | 0.00 | 0.00 | 352.00 |
| HOLIDAY | 0.00 | 0.00 | 176.00 |
| FLOATING HOL | 0.00 | 0.00 | 88.00 |
| INCENTIVE | 0.00 | 0.00 | 114.92 |
| 2ND SHIFT | 0.00 | 0.00 | 5.75 |
| **  TAX DEDUCTIONS** | | | |
| Federal W/H | | 120.62 | 1,306.90 |
| FICA | | 52.83 | 572.81 |
| Medicare | | 12.36 | 133.95 |
| **  DEDUCTIONS** | | | |
| 401 K Plan | | 17.04 | 184.77 |
| **  DIRECT DEPOSITS** | | | |
| SUNLIGHT FCU    7905089 | | 649.32 | 7,040.36 |

| | | | | | |
|---|---|---|---|---|---|
| CHECK AMOUNT: | 0.00 | | TOTAL DIR DEP: | 649.32 | 7,040.36 |
| GROSS EARNINGS: | 852.17 | 9,238.79 | TOTAL DEDUCT: | 202.85 | 2,198.43 |
| NET EARNINGS: | 649.32 | | | | |

SIERRA TRADING POST
5025 CAMPSTOOL ROAD
CHEYENNE, WY 82007

MARILYN M HANLEY
1108 14TH ST #129                                                5/11/2007
CODY, WY   82414

|  | PAY RATE | PERIOD END | STUB NO. |
|---|---|---|---|
| 11-HANL MA | 11.000 HB | 5/6/2007 | D76530 |
|  | HOURS | AMOUNT | YTD |
| ** EARNINGS |  |  |  |
| HOURLY | 61.58 | 677.38 | 7,473.95 |
| SICK | 0.00 | 0.00 | 176.00 |
| VACATION | 16.00 | 176.00 | 352.00 |
| HOLIDAY | 0.00 | 0.00 | 176.00 |
| FLOATING HOL | 0.00 | 0.00 | 88.00 |
| INCENTIVE | 0.00 | 36.79 | 114.92 |
| 2ND SHIFT | 0.00 | 0.00 | 5.75 |
| ** TAX DEDUCTIONS |  |  |  |
| Federal W/H |  | 126.20 | 1,186.28 |
| FICA |  | 55.19 | 519.98 |
| Medicare |  | 12.91 | 121.59 |
| ** DEDUCTIONS |  |  |  |
| 401 K Plan |  | 17.80 | 167.73 |
| ** DIRECT DEPOSITS |  |  |  |
| SUNLIGHT FCU   7905089 |  | 678.07 | 6,391.04 |

| CHECK AMOUNT: | 0.00 |  | TOTAL DIR DEP: | 678.07 | 6,391.04 |
| GROSS EARNINGS: | 890.17 | 8,386.62 | TOTAL DEDUCT: | 212.10 | 1,995.58 |
| NET EARNINGS: | 678.07 |  |  |  |  |