IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF WYOMING

In Re:
HANLEY, MARILYN M.

Case No. 07-20694

Debtor(s)

## TRUSTEE'S FINAL REPORT BEFORE DISTRIBUTION

The trustee of the estate, having completed administration, presents the following Final Report.

1. I have disposed of all assets of the estate or have reduced the assets to cash, as reflected in the attached Form 1.

2. I have received and disbursed funds of the estate as reflected in the attached Form 2.

3. My application for compensation and administrative expenses is on file with the Bankruptcy Court.

4. I have examined the debtor(s) pursuant to 11 U.S.C. Section 343(a).

5. Any property scheduled under 11 U.S.C. Section 521 and not administered shall be deemed abandoned pursuant to 11 U.S.C. Section 554(c).

6. I propose to make disbursement in accordance with the proposed disbursements reflected in the attached Schedule of Proposed Distribution.

7. I certify to the Court and the United States Trustee that I have faithfully and properly fulfilled the duties of the office of the trustee, that I have examined all proofs of claim as appropriate under the proposed distribution, and that the proposed distribution is proper and consistent with the law and rules of the Court.

8. I further certify to the Court and the United States Trustee, in accordance with Federal Rule of Bankruptcy Procedure 5009, that this estate has been fully administered.

Dated: June 5, 2008

/s/ RANDY L. ROYAL, Trustee in Bankruptcy

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Case Number:  07-20694 PJM  
Case Name:  HANLEY, MARILYN M.

Trustee:  (700060)  RANDY L. ROYAL  
Filed (f) or Converted (c):  11/14/07 (f)  
§341(a) Meeting Date:  12/18/07

Period Ending: 06/05/08

Claims Bar Date:  05/29/08

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) DA=§554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | B-1 CASH ON HAND | 23.00 | 23.00 | | 23.00 | FA |
| 2 | B-2 BANK/SAVINGS ACCOUNTS | 120.00 | 12.23 | | 12.23 | FA |
| 3 | B-4 HOUSEHOLD GOODS | 738.00 | 0.00 | DA | 0.00 | FA |
| 4 | B-5 BOOKS & ART OBJECTS | 5.00 | 5.00 | DA | 0.00 | FA |
| 5 | B-6 WEARING APPAREL | 70.00 | 0.00 | DA | 0.00 | FA |
| 6 | B-7 FURS & JEWELRY | 10.00 | 10.00 | DA | 0.00 | FA |
| 7 | B-8 FIREARMS & HOBBY EQUIPMENT | 10.00 | 10.00 | DA | 0.00 | FA |
| 8 | B-12 401K | 5,861.31 | 0.00 | DA | 0.00 | FA |
| 9 | B-25 1976 CHICASHA TRAILER | 500.00 | 0.00 | DA | 0.00 | FA |
| 10 | B-25 2002 CHEVY CAVALIER | 4,175.00 | 0.00 | DA | 0.00 | FA |
| 11 | B-28 15 YEAR OLD COPY MACHINE | 0.00 | 0.00 | DA | 0.00 | FA |
| 12 | B-31 2 CATS | 0.00 | 0.00 | DA | 0.00 | FA |
| 13 | 2007 TAX REFUND- ESTATE/DEBTOR SHARE  (u) | 1,439.83 | 1,439.83 | | 1,439.83 | FA |
| 14 | WAGES  (u) | 138.01 | 138.01 | | 138.01 | FA |
| Int | INTEREST  (u) | Unknown | N/A | | 0.37 | FA |
| 15 | Assets     Totals (Excluding unknown values) | $13,090.15 | $1,638.07 | | $1,613.44 | $0.00 |

Major Activities Affecting Case Closing:

WAITING FOR THE CLAIMS BAR DATE TO EXPIRE

Initial Projected Date Of Final Report (TFR):     December 31, 2008         Current Projected Date Of Final Report (TFR):     June 5, 2008  (Actual)

Printed: 06/05/2008 02:17 PM     V.10.51

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 07-20694 PJM | | Trustee: | RANDY L. ROYAL (700060) |
| Case Name: | HANLEY, MARILYN M. | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | \*\*\*-\*\*\*\*\*47-65 - Money Market Account |
| Taxpayer ID #: | 13-7595531 | | Blanket Bond: | $87,935,000.00 (per case limit) |
| Period Ending: | 06/05/08 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/07/08 | | IRS | 2007 TAX REFUND | | 1,613.07 | | 1,613.07 |
| | {13} | | ESTATE/DEBTOR SHARE OF 2007 TAX REFUND   1,439.83 | 1224-000 | | | 1,613.07 |
| | {1} | | CASH ON HAND   23.00 | 1129-000 | | | 1,613.07 |
| | {2} | | BANK ACCOUNT   12.23 | 1129-000 | | | 1,613.07 |
| | {14} | | WAGES   138.01 | 1229-000 | | | 1,613.07 |
| 04/07/08 | 1001 | MARILYN M. HANLEY | DEBTOR'S SHARE OF 2007 TAX FUND LESS CASH ON HAND, BANK ACCOUNT & WAGES | 8500-002 | | 38.89 | 1,574.18 |
| 04/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 0.16 | | 1,574.34 |
| 05/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 0.19 | | 1,574.53 |
| 06/04/08 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.1500% | 1270-000 | 0.02 | | 1,574.55 |
| 06/04/08 | | To Account #\*\*\*\*\*\*\*\*4766 | MONEY MARKET CLOSEOUT FOR FINAL REPORT | 9999-000 | | 1,574.55 | 0.00 |

|  |  |  |
|---|---|---|
| ACCOUNT TOTALS | 1,613.44 | 1,613.44   $0.00 |
| Less: Bank Transfers | 0.00 | 1,574.55 |
| Subtotal | 1,613.44 | 38.89 |
| Less: Payments to Debtors | | 0.00 |
| NET Receipts / Disbursements | $1,613.44 | $38.89 |

{} Asset reference(s)                                                                                           Printed: 06/05/2008 02:17 PM    V.10.51

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

| Case Number: | 07-20694 PJM | | Trustee: | RANDY L. ROYAL (700060) |
|---|---|---|---|---|
| Case Name: | HANLEY, MARILYN M. | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****47-66 - Checking Account |
| Taxpayer ID #: | 13-7595531 | | Blanket Bond: | $87,935,000.00   (per case limit) |
| Period Ending: | 06/05/08 | | Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 06/04/08 | | From Account #********4765 | MONEY MARKET CLOSEOUT FOR FINAL REPORT | 9999-000 | 1,574.55 | | 1,574.55 |
| | | | ACCOUNT TOTALS | | 1,574.55 | 0.00 | $1,574.55 |
| | | | Less: Bank Transfers | | 1,574.55 | 0.00 | |
| | | | Subtotal | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $0.00 | |

| | | |
|---|---|---|
| Net Receipts : | 1,613.44 | |
| Less Other Noncompensable Items : | 38.89 | |
| Net Estate : | $1,574.55 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # ***-*****47-65 | 1,613.44 | 38.89 | 0.00 |
| Checking # ***-*****47-66 | 0.00 | 0.00 | 1,574.55 |
| | $1,613.44 | $38.89 | $1,574.55 |

{} Asset reference(s)   Printed: 06/05/2008 02:17 PM   V.10.51

Printed: 06/05/08 02:44 PM                **Claims Distribution Register**                                    Page: 1

### Case:  07-20694    HANLEY, MARILYN M.

| Claim # | Date | Pri | Claimant / Proof / <Category> / Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
| **Secured Claims:** | | | | | | | | |
| 1 | 02/07/08 | 100 | SUNLIGHT FEDERAL CREDIT UNION<br>PO BOX 601<br>SHERIDAN, WY 82801-0601<br><4210-00  Pers. Prop. & Intangibles--Consensual Liens (UCC, chattel, PMSI)><br>CLAIMANTS DOCUMENTATION SHOWS THAT IT HAS CROSS COLLATERALIZATION AND THAT IT HAS A SECURITY INTEREST IN SHARES IN THE ACCOUNT. | 273.45 | 0.00 * | 0.00 | 0.00 | 0.00 |
| 2 | 02/07/08 | 100 | SUNLIGHT FEDERAL CREDIT UNION<br>PO BOX 601<br>SHERIDAN, WY 82801-0601<br><4210-00  Pers. Prop. & Intangibles--Consensual Liens (UCC, chattel, PMSI)><br>SECURED WITH A MOTOR VEHICLE | 4,071.34 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | **Total for Priority 100:   0% Paid** | **$4,344.79** | **$0.00** | **$0.00** | **$0.00** | **$0.00** |
| | | | **Total for Secured Claims:** | **$4,344.79** | **$0.00** | **$0.00** | **$0.00** | **$0.00** |
| **Admin Ch. 7 Claims:** | | | | | | | | |
| | 11/14/07 | 200 | RANDY L. ROYAL<br>524 5TH AVE. SOUTH<br>P.O. BOX 551<br>GREYBULL, WY 82426<br><2100-00  Trustee Compensation> | 393.64 | 393.64 | 0.00 | 393.64 | 393.64 |
| | 11/14/07 | 200 | RANDY L. ROYAL<br>524 5TH AVE. SOUTH<br>P.O. BOX 551<br>GREYBULL, WY 82426<br><2200-00  Trustee Expenses> | 57.63 | 57.63 | 0.00 | 57.63 | 57.63 |
| | | | **Total for Priority 200:   100% Paid** | **$451.27** | **$451.27** | **$0.00** | **$451.27** | **$451.27** |
| | | | **Total for Admin Ch. 7 Claims:** | **$451.27** | **$451.27** | **$0.00** | **$451.27** | **$451.27** |
| **Unsecured Claims:** | | | | | | | | |
| 3 | 03/19/08 | 610 | CREDIT SERVICE COMPANY<br>PO BOX 2560<br>BILLINGS, MT 59103-2560<br><7100-00  General Unsecured § 726(a)(2)> | 403.47 | 403.47 | 0.00 | 403.47 | 212.00 |
| 4 | 03/20/08 | 610 | SURGICAL ASSOCIATES OF<br>NORTHERN WYOMING<br>449 MOUNTAIN VIEW ST<br>POWELL, WY 82435-2232<br><7100-00  General Unsecured § 726(a)(2)> | 605.61 | 605.61 | 0.00 | 605.61 | 318.22 |
| 5 | 05/09/08 | 610 | ECAST SETTLEMENT<br>CORPORATION ASSIGNEE OF<br>HSBC BANK NEVADA AND ITS ASSIGNS<br>POB 35480<br>NEWARK, NJ 07193-5480<br><7100-00  General Unsecured § 726(a)(2)> | 1,128.67 | 1,128.67 | 0.00 | 1,128.67 | 593.06 |
| | | | **Total for Priority 610:   52.54497% Paid** | **$2,137.75** | **$2,137.75** | **$0.00** | **$2,137.75** | **$1,123.28** |

(*) Denotes objection to Amount Filed

Printed: 06/05/08 02:44 PM

## Claims Distribution Register

Page: 2

### Case: 07-20694   HANLEY, MARILYN M.

| Claim # | Date | Pri | Claimant / Proof / <Category> / Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
| 900 | 11/14/07 | 900 | MARILYN M. HANLEY<br>C/O M. SCOTT MCCOLLOCH, ESQ.<br>P.O. BOX 111<br>GREYBULL, WY 82426<br><8500-00   Funds Paid to Third Parties><br>DEBTOR'S SHARE OF 2007 TAX REFUND LESS WAGES & BANK ACCOUNT | 38.89 | 38.89 | 38.89 | 0.00 | 0.00 |
| | | **Priority 900:** | **100% Paid** | | | | | |
| | | | **Total for Unsecured Claims:** | $2,176.64 | $2,176.64 | $38.89 | $2,137.75 | $1,123.28 |
| | | | **Total for Case :** | $6,972.70 | $2,627.91 | $38.89 | $2,589.02 | $1,574.55 |