IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| In Re: ) | |
|    HANLEY, MARILYN M. ) | |
| ) | Case No. 07-20694 PJM |
| ) | Chapter 7 |
|    Debtor(s) ) | |

TRUSTEE'S DISTRIBUTION REPORT, FINAL ACCOUNT AND
APPLICATION FOR FINAL DECREE

The Trustee presents and files this final account. All assets of the estate have been liquidated and distributed in accordance with 11 U.S.C. Section 726 and orders of this Court. The Trustee received and distributed funds as follows:

| Amount | Description |
|---|---|
| $ 1,613.44 | Gross Cash Receipts |
| $ 393.64 | Trustee compensation |
| $ 0.00 | Attorney for trustee (Fees and Expenses) |
| $ 0.00 | Other professionals, including debtor's attorney (Fees and Expenses) |
| $ 57.63 | All expenses, including trustee and court costs |
| $ 0.00 | Secured creditors |
| $ 0.00 | Priority creditors 507(a)(3) |
| $ 1,123.28 | Unsecured creditors |
| $ 0.00 | Equity security holders |
| $ 38.89 | Other payments, including the debtor |
| $ 1,613.44 | TOTAL DISBURSEMENTS (must agree with gross cash receipts) |

WHEREFORE, the Trustee prays that the Court close this case and discharge the Trustee of any further duties.

DATED November 26, 2008.

/s/ Randy L. Royal, Trustee in Bankruptcy